1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOREN and KYANN HICKERSON

      Plaintiffs,

  vs.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; MTC FINANCIALS, INC d/b/a TRUSTEE CORPS; LSI TITLE COMPANY; DOES 1-25 CORPORATIONS; DOES and ROES 1-25 individuals or Partnerships.

      Defendants.

Case No.:   3:11-cv-00812-LRH-WGC

**ORDER EXPUNGING LIS PENDENS PURSUANT TO THE COURT ORDER**

     Per the Court Order of January 7, 2013 Defendants, Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") and Wells Fargo Home Mortgage, Inc.'s (hereinafter "WFHM") (hereinafter generally referred to as "Defendants") hereby submits the following Order Expunging the Lis Pendens.

     The Court having reviewed the pleadings and papers on file, the Court being fully advised in the premises, and good cause appearing therefore, hereby states as follows:

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any Pendency of Action or Lis Pendens recorded by the Plaintiff on October 26, 2011 in the Official Records of Clark County, Nevada as Book and Instrument No. 96-1986525, relating to this action and the

1  real property that is the subject of this action located at 5820 Sun Valley Blvd., Sun Valley, NV
2  89433, A.P.N. 085-383-09, legally described as:

3  
4  COMMENCING AT THE NORTH QUARTER CORNER OF SECTION 18, T20N, R20E, MDB&M., THENCE ALONG THE 1/4 SECTION LINE SOUTH 0°02'12" WEST 978.01 FEET; THENCE NORTH 89°36'44" EAST 20.00 FEET TO THE TRUE POINT OF BEGINNING FOR THIS DESCRIPTION; THENCE CONTINING NORTH 89°36'44" EAST 164.57 FEET; THENCE SOUTH 1°11'42" WEST 103.03 FEET; THENCE SOUTH 89°36'44" WEST 162.49 FEET; THENCE NORTH 0°02'12" EAST 103.00 FEET TO THE TRUE POINT OF BEGINNING.

8  is hereby cancelled, expunged, or voided, pursuant to NRS 14.015 and it shall have from this day
9  forward have no force or effect.

10  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to N.R.S.
11  14.015(5), the Plaintiff shall record a copy of this Order or other appropriate notice cancelling
12  the Notices of Pendency of Action or Lis Pendens, with the Washoe County Recorder's Office
13  within five business days of its entry, and if there is a failure to do so, any party may record a
14  copy of this Order.

15  DATED this 23rd day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE